IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE TAKAS, | ) | CASE NO. 1:21-cv-00792 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| MEDINA COUNTY, | ) | **STIPULATION FOR DISMISSAL AND** |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |
| | ) | |

By agreement of the parties, the following entry may be entered by the Court, notice to the Clerk being hereby waived:

Settled and dismissed, with prejudice, with parties to bear their own costs. No record.

Respectfully submitted,

*(per email*
*/s/ Melanie V. Miguel-Courtad    consent)*      */s/ Kenneth E. Smith*
Melanie V. Miguel-Courtad, Esq.     TIMOTHY T. REID (0007272)
Law Offices of Melanie Miguel-Courtad, LLC     KENNETH E. SMITH (0090761)
Arbor Court I     Mansour Gavin LPA
30775 Bainbridge Rd., #200     North Point Tower
Solon, Ohio 44139     1001 Lakeside Avenue, Suite 1400
mvm@melanie-miguel.com     Cleveland, OH 44114
*Counsel for Plaintiff Nicole Takas*     P: (216) 523-1500
    F: (216) 523-1705
    treid@mggmlpa.com
    ksmith@mggmlpa.com
    *Counsel for Defendant Medina County*

IT IS SO ORDERED:

/s/ Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

February 28, 2022
DATE